1:56 PM

08/25/04

Accrual Basis

# Sterling Equipment, Inc.
## Customer Open Balance
### All Transactions

| Type | Date | Num | Due Date | Open Balance |
|------|------|-----|----------|--------------|
| **MAT Marine, Inc.** | | | | |
| **0302-000** | | | | |
| Invoice | 9/7/2003 | 3284 | 9/7/2003 | 8,500.00 |
| Invoice | 10/7/2003 | 3430 | 10/7/2003 | 8,500.00 |
| Invoice | 11/7/2003 | 3641 | 11/7/2003 | 8,500.00 |
| Invoice | 12/7/2003 | 3893 | 12/7/2003 | 8,500.00 |
| Invoice | 1/7/2004 | 4038 | 1/7/2004 | 4,250.00 |
| Total 0302-000 | | | | 38,250.00 |
| Total MAT Marine, Inc. | | | | 38,250.00 |
| **TOTAL** | | | | **38,250.00** |

# Sterling Equipment, Inc.

**62 Nay Street**
**East Boston, MA 02128**

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/7/2003 | 3284 |

Sold To:

**MAT Marine, Inc.**
**P.O. Box 974**
**Monument Beach, MA**

| Work Done At |
|--------------|
| New Bedford Harbor, Fairhaven |

| Customer PO # | Terms | Due Date | Job Number |
|---------------|-------|----------|------------|
| 6850 | | 9/7/2003 | 0302-000 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | 09-042 | Barge, JP (130x52x8) | 8,500.00 | 8,500.00 |
| | | Rental Period 09/07/03-10/07/03 | | |

| | |
|---|---|
| **Sales Tax (5.0%)** | $0.00 |
| **Balance Due** | $8,500.00 |

# Sterling Equipment, Inc.

**62 Nay Street**
**East Boston, MA 02128**

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2003 | 3430 |

| Sold To: |
|----------|

**MAT Marine, Inc.**
**P.O. Box 974**
**Monument Beach, MA**

| Work Done At |
|--------------|
| New Bedford Harbor, Fairhaven |

| Customer PO # | Terms | Due Date | Job Number |
|---------------|-------|----------|------------|
| 6850 | | 10/7/2003 | 0302-000 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | 09-042 | Barge, JP (130x52x8)  Rental Period 10/7-11/7/03 | 8,500.00 | 8,500.00 |

| | |
|---|---|
| **Sales Tax  (5.0%)** | $0.00 |
| **Balance Due** | $8,500.00 |

# Sterling Equipment, Inc.

**62 Nay Street**
**East Boston, MA 02128**

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/7/2003 | 3641 |

Sold To:

**MAT Marine, Inc.**
**P.O. Box 974**
**Monument Beach, MA**

| Work Done At |
|---|
| New Bedford Harbor, Fairhaven |

| Customer PO # | Terms | Due Date | Job Number |
|---------------|-------|----------|------------|
| 06850 | | 11/7/2003 | 0302-000 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | 09-042 | Barge, JP (130x52x8) | 8,500.00 | 8,500.00 |
| | | Rental Period 11/7/03-12/7/03 | | |

| | |
|---|---|
| Sales Tax (5.0%) | $0 00 |
| **Balance Due** | $8,500.00 |

# Sterling Equipment, Inc.

**62 Nay Street**
**East Boston, MA 02128**

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/7/2003 | 3893 |

**Sold To:**

**MAT Marine, Inc.**
**P.O. Box 974**
**Monument Beach, MA**

| Work Done At |
|--------------|
| New Bedford Harbor, Fairhaven |

| Customer PO # | Terms | Due Date | Job Number |
|---------------|-------|----------|------------|
| 06850 | | 12/7/2003 | 0302-000 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 1 | 09-042 | Barge, JP (130x52x8) | 8,500.00 | 8,500.00 |
| | | Rental Period 12/07/03-01/07/03 | | |

| | |
|---|---|
| **Sales Tax  (5.0%)** | $0.00 |
| **Balance Due** | $8,500.00 |

# Sterling Equipment, Inc.

**62 Nay Street**
**East Boston, MA 02128**

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/7/2004 | 4038 |

Sold To:

**MAT Marine, Inc.**
**P.O. Box 974**
**Monument Beach, MA**

| Work Done At |
|--------------|
| New Bedford Harbor, Fairhaven |

| Customer PO # | Terms | Due Date | Job Number |
|---------------|-------|----------|------------|
| 6850 | | 1/7/2004 | 0302-000 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | 09-042 | Barge, JP (130x52x8) | 8,500.00 | 8,500.00 |
| | | Rental Period 01/07/04-02/07/04 | | |

| | |
|---|---|
| Sales Tax  (5.0%) | $0.00 |
| **Balance Due** | $4,250.00 |