UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
                                                                 :
STERLING EQUIPMENT, INC.,                                        :
                         Plaintiff,                              :
                                                                 :
v.                                                               :    CIVIL ACTION
                                                                 :    NO. 04-12313NMG
M.A.T. MARINE, INC.,                                             :    IN ADMIRALTY
                         Defendant.                              :
                                                                 :
-----------------------------------------------------------------x
```

**ORDER AUTHORIZING THE ISSUANCE
OF PROCESS OF ATTACHMENT**

This Court, having reviewed the Verified Complaint and supporting papers filed by plaintiff, STERLING EQUIPMENT, INC., in the above-captioned action, has determined hat the conditions for attachment of defendant's property exist pursuant to Chapter 223 of the Massachusetts General Laws and Rule 4.1 of the Massachusetts Rules of Civil Procedure.

Accordingly, it is hereby,

ORDERED, that the Clerk of Court shall issue forthwith process for attachment in the form annexed hereto for the attachment of defendant's goods or estate of defendant, M.A.T. Marine, Inc., of 66 Sandwich Road, Bourne, Massachusetts 02532, directing the Sheriff of any county in the Commonwealth, or any other person duly authorized by law, to proceed with all deliberate speed and attach the said real estate located at and 1 Fish Island, New Bedford, Massachusetts 02740, to the value of Fifty Thousand and 00/100 Dollars ($50,000.00) the amount authorized herein; and it is further

ORDERED, that any person claiming an interest in said property attached pursuant to this Order shall, upon application to this Court and notice to plaintiff or its attorney, be entitled to a prompt hearing at which time plaintiff shall be required to show why the attachment should not be vacated or other relief granted; and it is further

ORDERED, that, a copy of this Order be attached and served with said process of attachment; and it is further

ORDERED, that, pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, the said process of attachment may be served by any person who is not a party and who is at least 18 years of age.

Dated at Boston, Massachusetts this \_\_\_\_ day of November, 2004.

_____
Nathaniel M. Gorton,
United States District Judge