UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:
STERLING EQUIPMENT, INC.,                       :
                Plaintiff,                          :
:
v.                                              :    CIVIL ACTION NO.
                                                   :    **IN ADMIRALTY**
M.A.T. MARINE, INC.,                            :
                Defendant.                          :
:
---------------------------------------------------------------x

**WRIT OF ATTACHMENT**

TO THE SHERIFF OF ANY COUNTY OR THEIR DEPUTIES, OR ANY OTHER PERSON DULY AUTHORIZED BY LAW:

GREETINGS:

      WHEREAS, plaintiff, STERLING EQUIPMENT, INC., filed the Verified Complaint against defendant, M.A.T. MARINE, INC., in the United States District Court for the District of Massachusetts, in the above-captioned action, on October 29, 2004, for the sum of $38,250.00, together with interest and costs of collection, including reasonable attorneys' fees, for accrued charter hire in connection with a certain charter party, and requesting process of attachment against defendant and its property for security for the judgment plaintiff expects to recover herein, and

      WHEREAS, the attachment was approved on November ___, 2004 by the Honorable Nathaniel M. Gorton, United States District Judge, in the amount of Fifty Thousand and 00/100 Dollars ($50,000.00), and this process is issued pursuant thereto,

NOW THEREFORE, WE DO HEREBY COMMAND YOU to attach the estate of defendant, M.A.T. MARINE, INC., of 66 Sandwich Road, Bourne, Massachusetts 02532, to wit: the property located at 1 Fish Island, New Bedford, Massachusetts 02740, to the value of Fifty Thousand and 00/100 Dollars ($50,000.00), the amount authorized, as prayed for by plaintiff, STERLING EQUIPMENT, INC., of 62 Nay Street, East Boston, Massachusetts 02128, whose attorney is Norman A. Peloquin, II of NORMAN A. PELOQUIN, II P.C., 460 County Street, New Bedford, Massachusetts 02740, and that you promptly after execution of this process make due return of this writ, with your doings thereon.

The attachment(s) herein is/are to secure any judgment or decree plaintiff may obtain in this action.

WITNESS the Honorable William G. Young, Chief United States District Judge, at Boston, Massachusetts this ___ day of November, 2004.

                                          TONY ANASTAS,
                                          CLERK OF THE COURT

By:   _____
       Deputy Clerk

Returns of Service

Real Estate Attachment

Commonwealth of Massachusetts
County of Bristol, ss.

  I hereby certify on this ___ day of November, 2004, under penalty of perjury pursuant to 28 USC §1746, that I attached all the lands and tenements in the County of Bristol of the within named defendant, M.A.T. Marine, Inc., to the extent ordered in the foregoing writ, by recording a true copy of the foregoing writ with the Registrar of Deeds for Bristol County (Southern Division), and of this, my return, endorsed thereon, at _____ a.m./p.m.

| Fees: | Registrar | $_____ | | |
|---|---|---|---|---|
| | Service | $_____ | | _____ |
| | Copy | $_____ | Name: | |
| | Travel | $_____ | Address: | |
| | Total | $_____ | Deputy Sheriff | |

Completion of Service

Commonwealth of Massachusetts
County of Bristol, ss.

  I hereby certify on this ___ day of November, 2004, under penalty of perjury pursuant to 28 USC §1746, that I notified the within named defendant, M.A.T. Marine, Inc., of the attachment, by giving in hand to _____, a person of suitable age, by leaving at the last usual place of abode, to wit: 1 Fish Island, New Bedford, Massachusetts 02740, an attested copy of this writ, together with my return endorsed thereon, at _____ a.m./p.m., and mailing a true and attested copy by first class mail to 66 Sandwich Road, Bourne, Massachusetts 02532 and P.O. Box 974, Monument Beach, Massachusetts 02553.

| Fees: | Registrar | $_____ | | |
|---|---|---|---|---|
| | Service | $_____ | | _____ |
| | Copy | $_____ | Name: | |
| | Travel | $_____ | Address: | |
| | Total | $_____ | Deputy Sheriff | |