AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _____

**APPEARANCE**

CASE NUMBER: 04-12313

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

_____

Date

Signature

Print Name

Address

City          State          Zip Code

Phone Number