AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _____

**APPEARANCE**

CASE NUMBER: 04-12313

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _defendant M.S. Mamac, Inc_

_____          _____
Date                                                   Signature

                                                       _____
                                                       Print Name

                                                       _____
                                                       Address

                                                       City         State         Zip Code
                                                       617-745-3800
                                                       Phone Number