UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING EQUIPMENT, INC.,<br>      Plaintiff<br><br>v.<br><br>M. A. T. MARINE INC.,<br>      Defendant | CIVIL ACTION NO.<br>04-12313-NMG<br><br>IN ADMIRALTY |

## CERTIFICATE OF SERVICE

  I, Victor Bass, certify that I have this 9th day of November, 2003, caused a copy of the foregoing "Post Hearing Memorandum of Defendant M.A.T. Marine, Inc. and Suggestion of Bankruptcy," to be served by facsimile upon the parties listed below:

| | |
|---|---|
| Norman A. Peloquin, II, Esq.<br>Morad Building<br>460 County Street<br>New Bedford, MA 02740-5107<br>Fax No. 508-991-8300 | Charles A. Lovell, Esq.<br>Partridge Snow & Hahn LLP<br>180 South Main Street<br>Providence, RI 02903<br>Fax No. 401-861-8210 |

                Respectfully submitted,
                BURNS & LEVINSON, LLP

                By: _____
                Victor Bass (BBO #033040)
                125 Summer Street
                Boston, MA 02110
                Telephone: (617) 345-3000
                Facsimile: (617) 345-3299

                Counsel to the Defendant

Dated: November 9, 2004
00883773