United States District Court
District of Massachusetts

| | |
|---|---|
| STERLING EQUIPMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> M.A.T. MARINE, INC., <br><br> Defendant. | Civil Action No. <br> 04-12313-NMG |

**WRIT OF ATTACHMENT**

TO THE SHERIFF OF ANY COUNTY OR THEIR DEPUTIES, OR ANY OTHER PERSON DULY AUTHORIZED BY LAW:

GREETINGS:

WHEREAS, plaintiff, STERLING EQUIPMENT, INC., filed the Verified Complaint against defendant, M.A.T. MARINE, INC., in the United States District Court for the District of Massachusetts, in the above-captioned action, on October 29, 2004, for the sum of $38,250.00, together with interest and costs of collection, including reasonable attorneys' fees, for accrued charter hire in connection with a certain charter party, and requesting process of attachment against defendant and its property for security for the judgment plaintiff expects to recover herein, and

WHEREAS, the attachment was approved on November /5/, 2004 by the Honorable Nathaniel M. Gorton, United States District Judge, in the amount of Fifty Thousand and 00/100 Dollars ($50,000.00), and this process is issued pursuant thereto,

-1-

NOW THEREFORE, WE DO HEREBY COMMAND YOU to attach the estate of defendant, M.A.T. MARINE, INC., of 66 Sandwich Road, Bourne, Massachusetts 02532, to wit: the property located at 1 Fish Island, New Bedford, Massachusetts 02740, to the value of Fifty Thousand and 00/100 Dollars ($50,000.00), the amount authorized, as prayed for by plaintiff, STERLING EQUIPMENT, INC., of 62 Nay Street, East Boston, Massachusetts 02128, whose attorney is Norman A. Peloquin, II of NORMAN A. PELOQUIN, II P.C., 460 County Street, New Bedford, Massachusetts 02740, and that you promptly after execution of this process make due return of this writ, with your doings thereon.

The attachment(s) herein is/are to secure any judgment or decree plaintiff may obtain in this action.

WITNESS the Honorable Nathaniel M. Gorton, United States District Judge, at Boston, Massachusetts this 15 day of November, 2004.

                                        TONY ANASTAS,
                                        CLERK OF THE COURT
                                By: _____
                                        Deputy Clerk