UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING EQUIPMENT, INC.,<br>    Plaintiff,<br><br>    v.<br><br>M.A.T. MARINE, INC.,<br>    Defendant. | CIVIL ACTION<br>NO. 04-12313-NMG<br>**IN ADMIRALTY** |

**ORDER AUTHORIZING THE ISSUANCE
OF PROCESS OF ATTACHMENT**

Upon consideration of oral argument of the parties and having reviewed the Verified Complaint and supporting papers, including the second memorandum of law (Docket No. 7) of plaintiff, Sterling Equipment, Inc., the Court has determined that the conditions for attachment of defendant's real estate and personal property exist pursuant to Chapter 223 of the Massachusetts General Laws and Rule 4.1 of the Massachusetts Rules of Civil Procedure.

Accordingly, it is hereby,

**ORDERED**, that the Clerk of Court shall issue forthwith process for attachment in the form annexed hereto for the attachment of defendant's goods or estate of defendant, M.A.T. Marine, Inc., of 66 Sandwich Road, Bourne, Massachusetts 02532, directing the Sheriff of any county in the Commonwealth of Massachusetts, or any other person duly authorized by law, to proceed with all deliberate speed and attach defendant's real

estate located at and 1 Fish Island, New Bedford, Massachusetts 02740, to the value of Fifty thousand Dollars ($50,000), the amount authorized herein; and it is further

**ORDERED**, that any person claiming an interest in said property attached pursuant to this Order shall, upon application to this Court and notice to plaintiff or its attorney, be entitled to a prompt hearing at which time plaintiff shall be required to show cause why the attachment should not be vacated or other relief granted; and it is further

**ORDERED**, that, a copy of this Order be attached to and served with said process of attachment; and it is further

**ORDERED**, that, pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, the said process of attachment may be served by any person who is not a party and who is at least 18 years of age.

Dated at Boston, Massachusetts this 15th day of November, 2004.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge