AO 440 (Rev. 8/01) Summons in a Civil Action

**ORIGINAL**

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

STERLING EQUIPMENT, INC.

V.

M.A.T. MARINE, INC.

**SUMMONS IN A CIVIL ACTION**

04 12313 NMG

CASE NUMBER:

TO: (Name and address of Defendant)   M.A.T. Marine, Inc.
66 Sandwich Road                      1 Fish Island
Bourne, MA 02532                      New Bedford, MA 02740

ATTN: Any officer, managing or general agent or other agent authorized to receive service.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Norman A. Peloquin, II
Norman A. Peloquin, II, P.C.
Morad Building, 460 County Street
New Bedford, MA 02740
Tel. 508-991-2300
Fax. 508-991-8300

an answer to the complaint which is served on you with this summons, within  TWENTY (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

OCT 29 2004
DATE

## Barnstable County Sheriff's Office

I hereby certify and return that on **November 02, 2004 at 1:30 PM** I served a true and attested copy of Summons, Verified Complaint, Ex Parte Motion for Real Estate Attachment, Affidavit in Support of Motion, Order Authorizing the Issuance of Process of Attachment, Writ of Attachment, Notice of Hearing & Certificate of Service, to the within named Defendant, M.A.T., Marine, Inc., by leaving at the last and usual address to wit: c/o Mr. or Mrs. Hallam, 158 Jefferson Road, Bourne, MA 02532 and by mailing 1st class a copy of the Summons to the Defendant at the stated address on November 02, 2004.

Fee:    $54.30

Jon M. Hunt, Deputy Sheriff
PO Box 661, W. Hyannis Port, MA 02672

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                Signature of Server

                              _____
                              Address of Server

\*   Summons, Verified Complaint, Ex Parte Motion for Real Estate
    Attachment, Affidavit in Support of Ex Parte Motion for Real
    Estate Attachment, Proposed Order and Writ, and Notice of Hearing.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.